**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | ) |
| AIG CASUALTY COMPANY F/K/A, | ) |
| BIRMINGHAM FIRE INSURANCE COMPANY OF | ) |
| PENNSYLVANIA, AIU INSURANCE COMPANY, | ) |
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| AMERICAN INTERNATIONAL PACIFIC | ) |
| INSURANCE COMPANY F/K/A | ) |
| AMERICAN FIDELITY COMPANY, AMERICAN | ) |
| INTERNATIONAL SOUTH INSURANCE | ) |
| COMPANY F/K/A AMERICAN GLOBAL | ) |
| INSURANCE COMPANY, AMERICAN | ) |
| INTERNATIONAL SPECIALTY LINES | ) |
| INSURANCE COMPANY F/K/A ALASKA | ) |
| INSURANCE COMPANY, COMMERCE AND | ) |
| INDUSTRY INSURANCE COMPANY, INC., | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| ILLINOIS NATIONAL INSURANCE COMPANY, | ) |
| INSURANCE COMPANY OF THE STATE OF | ) |
| PENNSYLVANIA, NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF PITTSBURGH, | ) Case No. 07 CV 2898 |
| NEW HAMPSHIRE INDEMNITY COMPANY, | ) |
| And NEW HAMPSHIRE INSURANCE COMPANY, | ) |
| | ) |
| | ) Judge Robert W. Gettleman |
| Plaintiffs, | ) |
| v. | ) |
| | ) Magistrate Judge Sidney J. Schenkier |
| ACE INA HOLDINGS, INC., ADVANTAGE | ) |
| WORKERS COMPENSATION INSURANCE | ) |
| COMPANY, ALASKA NATIONAL INSURANCE | ) |
| COMPANY, AMTRUST GROUP, BERKLEY RISK | ) |
| ADMINISTRATORS CO., LLC, CHUBB GROUP OF | ) |
| INSURANCE COMPANIES, CINCINNATI | ) |
| INSURANCE COMPANY, CIGNA GROUP, INC., | ) |
| COMPANION PROPERTY & CASUALTY | ) |
| INSURANCE COMPANY, THE COVENANT | ) |
| GROUP, CRUM & FORSTER, GUARD | ) |
| INSURANCE COMPANY, GENERAL CASUALTY | ) |
| INSURANCE COMPANIES, HARLEYSVILLE | ) |
| INSURANCE GROUP, THE HARTFORD | ) |
| FINANCIAL SERVICES GROUP, INC., LIBERTY | ) |
| MUTUAL GROUP, INC., MEMIC INDEMNITY | ) |
| COMPANY, SAFECO CORPORATION, | ) |

TRAVELERS INSURANCE GROUP, SENTRY      )
INSURANCE GROUP, TRUCK INSURANCE       )
EXCHANGE, and UTICA NATIONAL           )
INSURANCE CO.,                         )
                                       )
Defendants.                            )
_____                   )
                                       )
LIBERTY MUTUAL INSURANCE COMPANY,      )
LIBERTY MUTUAL FIRE INSURANCE          )
COMPANY, LIBERTY INSURANCE CORP.       )
THE FIRST LIBERTY INSURANCE CORP.,     )
EMPLOYERS INSURANCE COMPANY OF         )
WAUSAU, WAUSAU BUSINESS INSURANCE      )
COMPANY, WAUSAU GENERAL INSURANCE      )
COMPANY, and WAUSAU UNDERWRITERS       )
INSURANCE COMPANY,                     )
                                       )
          Counter-Claimants,           )
     v.                                )
                                       )
AMERICAN INTERNATIONAL GROUP, INC.,    )
AIG CASUALTY COMPANY F/K/A,            )
BIRMINGHAM FIRE INSURANCE COMPANY OF   )
PENNSYLVANIA, AIU INSURANCE COMPANY,   )
AMERICAN HOME ASSURANCE COMPANY,       )
AMERICAN INTERNATIONAL PACIFIC         )
INSURANCE COMPANY F/K/A                )
AMERICAN FIDELITY COMPANY, AMERICAN    )
INTERNATIONAL SOUTH INSURANCE          )
COMPANY F/K/A AMERICAN GLOBAL          )
INSURANCE COMPANY, AMERICAN            )
INTERNATIONAL SPECIALTY LINES          )
INSURANCE COMPANY F/K/A ALASKA         )
INSURANCE COMPANY, COMMERCE AND        )
INDUSTRY INSURANCE COMPANY, INC.,      )
GRANITE STATE INSURANCE COMPANY,       )
ILLINOIS NATIONAL INSURANCE COMPANY,   )
INSURANCE COMPANY OF THE STATE OF      )
PENNSYLVANIA, NATIONAL UNION FIRE      )
INSURANCE COMPANY OF PITTSBURGH,       )
NEW HAMPSHIRE INDEMNITY COMPANY,       )
And NEW HAMPSHIRE INSURANCE COMPANY,   )
                                       )
          Counter-Defendants.          )
_____

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class Consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN INTERNATIONAL GROUP, INC., | ) Case No. 09 CV 2026 |
| AIG CASUALTY COMPANY F/K/A, | ) |
| BIRMINGHAM FIRE INSURANCE COMPANY OF | ) |
| PENNSYLVANIA, AIU INSURANCE COMPANY, | ) Judge Robert W. Gettleman |
| AMERICAN HOME ASSURANCE COMPANY, | ) |
| AMERICAN INTERNATIONAL PACIFIC | ) |
| INSURANCE COMPANY F/K/A | ) Magistrate Judge Sidney I. Schenkier |
| AMERICAN FIDELITY COMPANY, AMERICAN | ) |
| INTERNATIONAL SOUTH INSURANCE | ) |
| COMPANY F/K/A AMERICAN GLOBAL | ) |
| INSURANCE COMPANY, AMERICAN | ) |
| INTERNATIONAL SPECIALTY LINES | ) |
| INSURANCE COMPANY F/K/A ALASKA | ) |
| INSURANCE COMPANY, COMMERCE AND | ) |
| INDUSTRY INSURANCE COMPANY, INC., | ) |
| GRANITE STATE INSURANCE COMPANY, | ) |
| ILLINOIS NATIONAL INSURANCE COMPANY, | ) |
| INSURANCE COMPANY OF THE STATE OF | ) |
| PENNSYLVANIA, NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF PITTSBURGH, | ) |
| NEW HAMPSHIRE INDEMNITY COMPANY, | ) |
| And NEW HAMPSHIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NCCI'S MOTION TO DISMISS COUNTS NINE AND TEN OF AIG'S CORRECTED FIRST AMENDED COMPLAINT

National Council on Compensation Insurance, Inc. ("NCCI"), by its undersigned

attorney, Harry N. Arger, pursuant to Rule 12(b)(1), (6) of the Federal Rules of Civil Procedure,

respectfully moves this Court to dismiss the only Counts against it, Counts Nine and Ten of the

Corrected First Amended Complaint of plaintiff, American International Group, Inc., and additional identified AIG plaintiffs (collectively "AIG"), with prejudice as to NCCI, and, in support thereof, states as follows:

1.      On October 16, 2009, AIG filed its Corrected First Amended Complaint ("AIG Complaint"), alleging ten counts against various defendants.  (Dkt. No. 502).  AIG's claims arise from alleged actions by certain insurance companies, not NCCI, which are identified in the AIG Complaint as "Underreporting Pool Board Members" or "Underreporting Participating Companies," for their alleged underreporting of workers compensation premium.  Specifically, AIG's Complaint alleges that the Underreporting Companies provided inaccurate information to NCCI and that said Companies "have refused and continue to refuse to account to AIG for amounts by which they have underreported their workers compensation premium."  (Dkt. No. 502, para. 220).

2.      Based on an assumption that such underreporting did occur, AIG asserts claims in Counts Nine and Ten against NCCI and others for an accounting and open account, respectively. (Dkt. No. 502).

3.      Careful examination of the allegations contained in AIG's Complaint reveals that the complaint fails to state a claim against NCCI and further that such claims lack a justiciable and ripe controversy.

4.      Filed contemporaneously herewith and hereby incorporated by reference is NCCI's Memorandum of Law in Support of this Motion.

WHEREFORE, National Council on Compensation Insurance, Inc. respectfully requests that Counts Nine and Ten of the Corrected First Amended Complaint of plaintiff, American

International Group, Inc., and additional identified AIG plaintiffs, be dismissed with prejudice as

to NCCI, and for such other and further relief deemed reasonable by this Court.


Respectfully submitted,


By:   /s/Harry N. Arger
      Attorney for National Council on
      Compensation Insurance, Inc.


Harry N. Arger  (ARDC No. 6198806)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
312.627.2127
harger@dykema.com

6

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing Motion by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 30th day of October, 2009.

/s/ Harry N. Arger