IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.* | No.: 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., *et al.* | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | No. 09 C 2026 |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | Judge Robert W. Gettleman |
| Defendants. | Magistrate Judge Sidney I. Schenkier |

**NWCRP'S MOTION TO DISMISS ALL CLAIMS ASSERTED AGAINST THE
NATIONAL WORKERS COMPENSATION REINSURANCE POOL**

The National Workers Compensation Reinsurance Pool ("the Pool" or "NWCRP"), by its attorneys Schiff Hardin LLP, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss with prejudice the claims asserted against the Pool by American International Group, Inc. ("AIG") in Counts 9 and 10 of the Corrected First Amended Complaint ("AIG Complaint"), and in support thereof, states as follows:

1. The AIG Complaint, filed on October 16, 2009, presents claims arising from AIG's dispute with certain insurance companies for those companies' alleged underreporting of workers compensation premiums to NCCI (the Pool Administrator). AIG asserts claims in Counts Nine and Ten against NCCI, the Pool, and others for an accounting and open account, respectively. (Docket No. 502).

2. All claims against the Pool should be dismissed, because AIG cannot state claims for an accounting or an action on an account against a collection of contracts (the Pool) rather than the parties with whom AIG actually contracted (the Participating Companies).

    a. First, AIG cannot sue a "mechanism" or "contract."

    b. Second, AIG has not properly served process on the Pool.

    c. Third, AIG cannot assert a claim for an accounting or an action on an account against the Pool, because AIG's dispute is with the Participating Companies; the Pool has no control over the accounting records of any participant in the Pool mechanism.

    d. Fourth, AIG's own unclean hands bar an action for an equitable accounting or open account against the Pool.

3. Filed contemporaneously herewith and hereby incorporated by reference is the Pool's Memorandum of Law in Support of this Motion.

3

WHEREFORE, the National Workers Compensation Reinsurance Pool respectfully requests that Counts Nine and Ten of the Corrected First Amended Complaint be dismissed with prejudice as to the Pool, and for such other and further relief deemed reasonable by this Court.

Dated: October 30, 2009

                Respectfully submitted,

                National Workers Compensation Reinsurance Pool

                By: /s/ William M. Hannay
                      William M. Hannay
                      Marci A. Eisenstein
                      SCHIFF HARDIN LLP
                      233 S. Wacker Drive
                      Chicago IL 60606

## **CERTIFICATE OF SERVICE**

I, William M. Hannay, an attorney, hereby certify that I caused true and correct copies of the foregoing **NWCRP's Motion to Dismiss All Claims Asserted Against the National Workers Compensation Reinsurance Pool** to be sent by the U.S. District Court CM/ECF e-filing system on this, the 30th day of October, 2009.

/s/ William M. Hannay