UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

**PLAINTIFFS' MOTION TO DISMISS THE LIBERTY PARTIES' COUNTERCLAIMS**

Plaintiffs American International Group, Inc. ("AIG") and its subsidiary insurance companies named as plaintiffs herein (the "AIG Subsidiaries" and, together with AIG, "Plaintiffs") respectfully request that, pursuant to Federal Rule of Civil Procedure 12(b)(6), this Court dismiss all but counts Five, Six and Seven of the Liberty Parties' Amended Counterclaims. The grounds for this Motion are set forth in Plaintiffs' Memorandum Of Law In Support Of Plaintiffs' Motion To Dismiss The Liberty Parties' Counterclaim, filed herewith.

WHEREFORE, for the reasons set forth in the accompanying Memorandum Of Law In Support Of Plaintiffs' Motion To Dismiss The Liberty Parties' Counterclaim, Plaintiffs ask that the Court dismiss all but counts Five, Six and Seven of the Liberty Parties' Amended Counterclaims and grant them such other and further relief as is appropriate.

Respectfully submitted,

PLAINTIFFS AMERICAN INTERNATIONAL GROUP, INC., et al.,

By: /s/ Andrew D. Campbell
One of Their Attorneys

Stephen Novack
P. Andrew Fleming
John F. Shonkwiler
Andrew D. Campbell
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
Brendan N. Snodgrass
QUINN EMANUEL URQUHART OLIVER
 & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

I, Andrew D. Campbell, an attorney, hereby certify that I caused true and correct copies of the foregoing **Plaintiffs' Motion To Dismiss The Liberty Parties' Counterclaims** to be sent by the U.S. District Court CM/ECF e-filing system on this 30th day of October, 2009.

/s/ Andrew D. Campbell