## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <u>et al</u>., | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., <u>et al</u>., | ) ) | |
| Defendants. | ) ) | |
| | ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, <u>et al</u>., | ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., <u>et al</u>., | ) ) ) | |
| Counter-Defendants. | ) ) | |
| | ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) | Case No. 09 CV 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order of Magistrate Judge Schenkier dated December 17, 2009,

Class Plaintiffs, the Alleged Underreporters, and the Liberty Parties (collectively, the "Other

Parties") and AIG file this Joint Status Report.

853851.1

## Agreed Statement

Following the issuance of the Court's December 17, 2009 Minute Order, the parties informed Dr. Joseph B. ("Jay") Kadane of Carnegie-Mellon University that he had been appointed as the sampling expert contemplated by the Court's November 5, 2009 and November 17, 2009 Orders. The parties were able to schedule a teleconference with Dr. Kadane on December 29, 2009 to generally discuss the case, prior to which the parties sent Dr. Kadane the Complaints filed by the Class Plaintiffs, the Liberty Parties and AIG, along with the Court's prior Orders related to sampling.

The parties have informed Dr. Kadane that they are in general agreement that the sampling process should proceed in two steps. The first step would be to identify the "universe" of the population to be sampled in order to establish and quantify the alleged underreporting of workers' compensation premium. The second step would be to develop the appropriate sampling methodology (or methodologies) from the "universe" information provided by AIG and the Alleged Underreporters.

As to the first step, the parties informed Dr. Kadane that the Class Plaintiffs, AIG and the Liberty Parties have some disagreements about the scope of sampling (and the associated productions of "universe" information) and that these parties are currently engaged in a meet-and-confer process, as to which a meeting took place in Boston on January 4, 2010. The parties and Dr. Kadane agreed that, given the small amount of factual knowledge he has about the case at present, it would not be useful for Dr. Kadane to participate in the January 4th meeting. As contemplated by Paragraph 4 of the Revised Protocol governing discovery disputes (dated 12/11/09), the parties will provide the Court and Dr. Kadane with a Joint Statement reporting on the results of the January 4th meet and confer by January 11, 2010.

Dr. Kadane expressed interest in coming up to speed quickly and efficiently, and he requested that the parties agree on what additional materials would be appropriate to provide him. Dr. Kadane also requested some guidance on what would be appropriate procedurally with regard to contacting and conferring with him in the future on matters related to his work. The parties agreed to confer on these issues and get back to him (and provide additional materials) promptly. In this regard, the parties and Dr. Kadane also agreed that it would be useful for Dr. Kadane to be present at the next Status Hearing in this case – scheduled for January 20, 2010 at 9:30 a.m. -- so that he can meet the Court and obtain any additional guidance or input that the Court may have on the above (and other) issues. Following the January 20th Status Hearing, the parties will jointly meet with Dr. Kadane in Chicago to further discuss the case and Dr. Kadane's role.

Lastly, Dr. Kadane requested that the parties draft and provide him with an engagement letter related to his work on this case. Counsel for the Class Plaintiffs has agreed to draft such a letter and provide it to the other parties for comment by January 8, 2009.

853851.1

Dated: January 5, 2010

Respectfully submitted,

s/Matthew O. Sitzer

Gary M. Elden
Gary M. Miller
Matthew O. Sitzer
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7701

Attorneys for Safeco Insurance Company of
America and Ohio Casualty Insurance
Company

s/ Stephen Novack

Stephen Novack
P. Andrew Fleming
NOVACK AND MACEY LLP 100 North
Riverside Plaza Chicago, IL 60606
(312) 419-6900

Attorneys for American International Group,
Inc.

s/ Edward P. Gibbons

Edward P. Gibbons
Christopher A. Wadley
WALKER, WILCOX, MATOUSEK LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 244-6744

Attorneys for ACE INA Holdings, Inc.

s/ Michael W. Walsh

Michael A. Walsh (admitted *pro hac vice*)
Allison D. Burroughs (admitted *pro hac vice*)
NUTTER, MCCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone: (617) 439-2000

Attorneys for Safeco Insurance Company of
America and Ohio Casualty Insurance
Company

s/ Michael B. Carlinsky

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
Brendan N. Snodgrass
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
51 Madison Avenue, 22nd Floor New York,
New York 10010
(212) 849-7000

Attorneys for American International Group,
Inc.

s/ James I. Rubin

James I. Rubin
James A. Morsch
Amy B. Kelley
Jason S. Dubner
Mark A. Schwartz
BUTLER RUBIN SALTARELLI & BOYD
LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

One of the Attorneys for Liberty
Mutual Group, Inc.

-3-

s/ Michael Cullen Borders

Michael Cullen Borders
Rosa Maria Tumialan-Landy
Stephen C. Borgsdorf
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700

Attorneys for The Hartford Financial Services
Group, Inc.


s/Hal R. Morris

Hal R. Morris
Christopher S. Naveja
Nicole A. Gross
Arnstein & Lehr, LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
312-876-7100

One of the Attorneys for Sentry Insurance a
Mutual Company

s/ Timothy John Rooney

Timothy John Rooney
Norman K. Beck
Courtney M. Oliva
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Attorneys for Travelers Insurance Company

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing **JOINT STATUS REPORT** by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 5th day of January, 2010.

/s/ Matthew O. Sitzer
Matthew O. Sitzer