**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) ) | Case No. 09 CV 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**JOINT STATEMENT OF RESULTS OF MARCH 2, 2010 MEET AND CONFER REGARDING AIG'S FIRST SET OF INTERROGATORIES TO SENTRY**

Pursuant to the Court's December 11, 2009 revised procedure applicable to discovery motions in the above-captioned cases (the "Discovery Motion Protocol Order"), Defendant Sentry Insurance a Mutual Company ("Sentry") and Plaintiff American International Group, Inc.

("AIG") file this Joint Statement reporting on their meet-and-confer in an attempt to resolve their disputes concerning AIG's First Set of Interrogatories to Sentry ("AIG's Interrogatories").

## I.     AIG'S FIRST SET OF INTERROGATORIES

In accordance with the Court's October 6, 2009 Order scheduling merits discovery, AIG served its First Set of Interrogatories upon Sentry on November 6, 2009. Sentry served Objections and Responses to AIG's First Set of Interrogatories on January 12, 2010. Attached hereto as Exhibit A is a copy of Sentry's Responses and Objections to AIG's First Set of Interrogatories setting for each specific Interrogatory and Sentry's objections and responses to the same.

## II.    REPORT ON MARCH 2, 2010 MEET AND CONFER

Pursuant to the Discovery Motion Protocol Order, AIG and Sentry exchanged letters regarding their dispute arising from Sentry's objections to AIG's Interrogatories on February 16, 2010 and February 26, 2010 respectively. A meeting of counsel to attempt to resolve remaining disputes, as required by Paragraph 3 of the Discovery Motion Protocol Order, was conducted on March 2, 2010. Counsel who discussed the Interrogatories at the meeting were Kevin Reed (for AIG), Lee Turner-Dodge (also for AIG), Hal Morris (for Sentry) and Chris Naveja (also for Sentry).

### A.     Generally Applicable Agreements and Disagreements

AIG's Interrogatories sought information from 1970 to the present. Sentry objects to AIG's Interrogatories outside the 1985-1996 time period. While reserving its right to seek other discovery outside of the 1985-1996 time period, AIG agrees not to seek information from outside of this time period in response to AIG's Interrogatories at this time.

### B.     Agreements and Disagreements Regarding Specific Interrogatories

**Interrogatory No. 2**

> *Interrogatory No. 2: Identify all persons who prepared any Call One Report on behalf of Sentry and for each person state: (1) the time period(s) during which he or she was responsible for preparing any Call One Report on behalf of Sentry; (2) his or her position and titled during each such time period; and (3) the identity of his or her employer(s) during each such time period.*

AGREEMENTS:

Sentry has confirmed that it has scheduled additional interviews with individuals likely to have information responsive to Interrogatory No. 2. To the extent that Sentry uncovers additional responsive information, Sentry agrees to supplement its responses to these Interrogatories by March 31, 2010.

**Interrogatories Nos. 4 & 5**

> *Interrogatory No. 4: Identify the person(s) most knowledgeable about how Relevant Premium was booked to any general ledger or other accounting system or application maintained by or on behalf of Sentry during the Relevant Period. For each such person state: (1) the time period(s) during which he or she was responsible for booking or participated in booking Relevant Premium on behalf of Sentry; (2) his or her position and title during each such time period; and (3) the identity of his or her employer(s) during each such time period.*

> *Interrogatory No. 5: Identify the person(s) most knowledgeable about the billing of Relevant Premium during the Relevant Period on behalf of Sentry. For each such person state: (1) the time period(s) during which he or she was responsible for billing or participated in billing Relevant Premium on behalf of Sentry; (2) his or her position and title during each such time period; and (3) the identity of his or her employer(s) during each such time period.*

AGREEMENTS:

AIG has clarified that it seeks information responsive to Interrogatories Nos. 4 and 5 from the 1985-1996 time period. Sentry has confirmed that the individuals identified in response to these Interrogatories have knowledge about the subject matters of Interrogatories Nos. 4 and 5 from the 1985-1996 time period.

**Interrogatories Nos. 9 and 13**

> *Interrogatory No. 9: State the amount of direct workers compensation premium that Sentry originally reported on Statutory Page 14s and annual statements by year and by State.*

> *Interrogatory No. 13: State the amount of direct workers compensation premium originally recorded or reported by Sentry in Call One Reports, by year and by State.*

AGREEMENTS:

Sentry has agreed to supplement its responses to these Interrogatories by identifying business records, by bates numbers, pursuant to Federal Rules of Civil Procedure 33(d), from which the answers to these Interrogatories may be determined. Sentry agrees to supplement its responses by March 31, 2010. AIG reserves the right to seek further discovery in response to these Interrogatories upon review of the documents identified.

**Interrogatory No. 10**

> *Interrogatory No. 10: Identify all sources of information Sentry collected, used, reviewed, referred to or relied on in determining the amount of workers*

> *compensation premium to report or include on Sentry's original Statutory Page 14s and annual statements.*

AGREEMENTS:

Sentry has agreed to supplement its answer to this Interrogatory to provide the system source(s) used by Sentry to report the annual amount of premium reported on its annual statements and Statutory Page 14s. Sentry agrees to supplement its responses by March 31, 2010.

**Interrogatories Nos. 14 and 15**

> *Interrogatory 14: Identify all persons who were responsible for drafting or executing dividend retention plan agreements on behalf of Sentry.*

> *Interrogatory 15: For each person identified in response to Interrogatory No. 14, state (1) the time period(s) during which he or she was responsible for drafting or executing dividend retention plan agreements; (2) his or her position and title during each such time period; and (3) the identity of his or her employer(s) during each such time period.*

AGREEMENTS:

Sentry has agreed to supplement it answers to Interrogatories Nos. 14 and 15 to identify any individuals who were responsible for drafting and/or implementing dividend retention plan agreements from the 1985-1996 time period, but not individuals responsible for completing and/or implementing such plans on an individual account basis. Sentry agrees to supplement its responses by March 31, 2010.

-5-

| | |
|---|---|
| Dated: March 9, 2010 | Respectfully submitted, |

/s/ P. Andrew Fleming                    /s/ Kevin S. Reed

Stephen Novack
P. Andrew Fleming
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

*Attorneys for American International Group, Inc.*

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor New York, New York 10010
(212) 849-7000

*Attorneys for American International Group, Inc.*

/s/ Hal R. Morris
Hal R. Morris
Christopher S. Naveja
Nicole A. Gross
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100
(312) 876-0288

*Attorneys Sentry Insurance a Mutual Company*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the foregoing **JOINT STATEMENT OF RESULTS OF MARCH 2, 2010 MEET AND CONFER REGARDING AIG'S FIRST SET OF INTERROGATORIES TO SENTRY** by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 9th day of March, 2010.

                                                  /s/ Andrew D. Campbell