# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACE INA HOLDINGS, INC., et al., <br><br> Defendants | Case No. 07 CV 2898 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., <br><br> Counter-Claimants, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | Case No. 09 CV 2026 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## ORDER

By agreement of the parties, paragraph 1 of the Court's January 20, 2010 Order is modified as follows: The sentence that reads "Concurrently, the AIG parties shall produce a Rule 30(b)(6) witness to testify, with respect to the other 38 divisions, to the workers'

compensation business they wrote that was multiline and involved premium of more than $100,000 in a year" is hereby STRICKEN, and in lieu thereof the following sentence shall be substituted: "Concurrently, the AIG parties shall produce a Rule 30(B)(6) witness to testify to the workers' compensation business they wrote in Divisions 13, 58, 82, 59, 54, 24, 2, 89, 45, 14, 21, 85, 30, 41, 27, 97 and 77." In all other respects, the January 20, 2010 Order shall remain in full force and effect.

By further agreement of the parties, paragraph 1 of the Court's February 12, 2010 Order is hereby STRICKEN, and in lieu thereof the following paragraph shall be substituted:

1. Class Plaintiffs' Motion to Modify January 20, 2010 Order (Case #09C2026 [doc #100]). In view of the parties' agreement to modify the Court's January 20 Order, the motion is denied as moot.

**ENTER:**

SIDNEY I SCHENKIER
United Stated Magistrate Judge

DATE: March 12, 2010