**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | ) ) ) ) | Case No. 09 CV 2026 |
| | ) | Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | Magistrate Judge Sidney I. Schenkier |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO: All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on April 23, 2010 at 9:30 a.m. we shall appear before the Honorable Sidney I. Schenkier, Courtroom 1700 of the United States District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then and there present AIG's Motion To Compel 30(b)(6) Deposition Testimony And Documents From Travelers Insurance Group, a copy of which is hereby served upon you.

                                          AMERICAN INTERNATIONAL GROUP, INC., et al.,

                                          By:    /s/ P. Andrew Fleming
                                                      One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing **Notice of Motion** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 20th day of April, 2010.

/s/ Rebekah H. Parker