**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

**NOTICE OF FILING**

TO:  All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on April 22, 2010, AIG caused to be filed a corrected Index of Exhibits and corrected Exhibits I, J and L to the redacted version of the Joint Statement Reporting on Meeting Between ACE INA Holdings, Inc., The Hartford Financial Services Group, Inc., Liberty Mutual Insurance Company, Sentry Insurance A Mutual Company and Travelers Companies, Inc. and AIG Regarding Dispute on AIG's Document Production Requests (D.E. # 613), copies of which accompany this notice.

                                        AMERICAN INTERNATIONAL GROUP, INC., et al.,

                                        By:    /s/ P. Andrew Fleming
                                                One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing **Notice of Filing** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 22nd day of April, 2010.

/s/ Rebekah H. Parker

**INDEX OF EXHIBITS TO JOINT STATEMENT
REGARDING AIG'S RFP'S TO THE ALLEGED UNDERREPORTERS**

| Exhibit | Description |
|---|---|
| A | Alleged Underreporters' Responses and Objections to Plaintiffs' First Request for the Production of Documents |
| B | Alleged Underreporters' Responses and Objections to Plaintiffs' Second Request for the Production of Documents |
| C | January 12, 2010 deficiency letters from AIG to Alleged Underreporters |
| D | January 22, 2010 response letters from Alleged Underreporters to AIG |
| E | Alleged Underreporters' correspondence regarding Joint Statement, dated March 1 and March 5, 2010 |
| F | Hearing Transcript, dated December 8, 2008 |
| G | Excerpts of Hearing Transcript, dated October 2, 2008 |
| H | Travelers PPGM, bates-stamped TRV0002045 |
| I | Travelers PPGM, bates-stamped TRV0001984 and TRV0001987 |
| J | Travelers PPGM, bates-stamped TRV0002620 |
| K | Travelers PPGM, bates-stamped TRV0019332-33 |
| L | |
| M | |
| N | AIG's First Request for the Production of Documents, dated October 4, 2007 |
| O | |
| P | |

# EXHIBIT I

5. CHANGE ALL RETRO UNDERLYER POLICIES TO THE OPEN POLICY ON THE PRIOR VALUATION
   All adjustments will be assigned to the open policy. To determine the change to the open policy, all retro underlyer policies will be changed to the open policy during the calculation process.

6. CALCULATE THE OVERALL AMOUNT ON THE CURRENT VALUATION
   The same process in step 3 is done for the current Plan Data valuation.

7. CHANGE ALL RETRO UNDERLYER POLICIES TO THE OPEN POLICY ON THE CURRENT VALUATION
   This is the same process as step 5.

8. DETERMINE THE CHANGE FROM VALUATION 1 and VALUATION 2.
   By revenue type and state, the change activity is determined by subtracting the prior valuation from the current valuation. All change activity is on the open policy.

9. ALLOCATE THE CHANGE ACTIVITY STATE '99' and CANADA TO VALID RETRO STATES
   Any activity by revenue type which has a state '99' or Canada must be allocated to a valid retro state based on the incurred loss distribution.

10. CREATE THE NEW CURRENT VALUATION AMOUNTS ON THE OPEN POLICY
    The new valuation amount is the sum of the change activity for all valid states and revenue types plus the prior Plan Data valuation (step 5) by valid states and revenue types.

11. CALCULATE THE CHANGE ACTIVITY ON THE OPEN POLICY
    This is the difference between step 10 and step 5.

3

CONFIDENTIAL

## SPECIAL INSTRUCTIONS

| | |
|---|---|
| CA Dividend/ Surcharge | • CA dividend/surcharge will be based on retro workers comp incurred claims.<br>• CA booked premium must be at least equal to the CA audited standard premium. If the CA retro calculation results in the revenue being less than the audited standard, a CA dividend is calculated.<br>• If the CA retro calculation results in revenue greater than the CA audited standard premium the difference is booked to the CA policy as a CA surcharge. |
| Policies Related to a Retro Plan without Plan V filings | • Non filed retro states premium is included in the allocation process of all revenue types like any other state. The result of any allocation will always be assigned to the open policy, with the underlyer at the original guaranteed cost premium amount. |
| Guaranteed Cost | • To the extent that a guaranteed cost policy is set up in Plan Data, Plan Data will calculate the billed amount to be compared with the booked to date. |
| Open Policy Adjustments | • All retro adjustments are applied to the open policy. This may result in an adjustment being applied to a different line<br>• When the open policy is workers comp, all adjustments will be assigned the WC line.<br>• If the open policy is liability, determine the line spread of the liability standard premium. Allocate the workers comp line to the liability lines based on this spread. The maximum spread will be to GLBI, PRBI, ALBI.<br>• *If the open policy is employers liability what do we do?* |
| Other Policies | • Any policy in AMS (or NBS) which is not in Plan Data to be booked must be reported on the booking worksheet. |
| Over Max | • If a max is reached on the sold view, the booking calculation is discontinued. |
| Finaled Accounts | • The booking calculation will continue indefinitely unless the account has been finaled.<br>• A 'finaled account indicator' at the policy level is a phase 2 requirement. |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRV0001987

# EXHIBIT J

# VALUATION BOOKING
# POLICY EFFECTIVE PERIODS 7/1/94-10/1/97

LCF Factor and Tax Multiplier

LCF and Tax rates are described in the Agreement Letter.

## STANDARD PREMIUM ADJUSTMENT

Retro Premium is adjusted using a process similar to the current RAPS process. The following steps are required:

A Plan V adjustment is calculated for all states within the sold plan, using filed Plan V rates for Basic, ELPF, LCF, and Taxes. This Plan V will be rerun each valuation, and will not be closed out. Premium calculated for each Plan V state will be compared to prior booked Premium for that state and the difference will be booked. This process will assure the integrity of premium booked to Plan V states, on actual filed policies.

An Overall adjustment will be run concurrently with the Plan V calculation using sold Basic, LCF, and Tax rates. The resulting Indicated Premium will be used to calculate the adjustment to the Open Policy. First, Plan V premium will be deducted from Overall Premium. The result will be Premium to book to the Open Policy. This premium will be booked to state based on an allocation method of actual Loss.

## WC RETRO EXCESS PREMIUM ADJUSTMENT

In most instances, Retro Excess Premium was combined with Deductible Excess Premium and booked to the Open Policy at Audit. At Valuation, the WC Deductible Excess portion needs to be removed from the Retro Open Policy. The formula for Excess Premium is normally located in the Non Retro section of the Agreement Letter. The Agreement Letter rate will be multiplied by the Audited Exposure to arrive at bookable Excess Premium. Since the Agreement Letter normally combines WC Excess (Retro and Deductible), care must be taken to use just the Retro states exposure in the calculation of this WC Retro Excess. An adjustment needs to be made to remove WC Deductible Excess, and Deductible States, from this Open Policy. Allocation of Retro Excess to state should be based on state payroll. If the Excess was flat, the Deductible portion can be calculated using state payrolls.

## RETRO PREMIUM ASSESSMENTS AND ARO

Retro Premium Assessments and ARO charges are state specific. These charges will be calculated based on Agreement Letter formulas and will be booked to the appropriate State on the Open Policy.

CONFIDENTIAL

# EXHIBIT L

# FILED UNDER SEAL