UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al. | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | Case No. 07 CV 2898 |
| | ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS INC., et al. | )<br>) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on August 3, 2010 at 9:15 a.m., or as soon thereafter as the matter may be heard, Defendant National Workers Compensation Reinsurance Pool by and through its attorneys, Schiff Hardin LLP, shall appear before the Honorable Robert W. Gettleman in courtroom 1419 in the United States District Courthouse, 219 South Dearborn Street, Room 1700, Chicago, Illinois 60604, and shall then and there present its MOTION FOR RECONSIDERATION OR HEARING PURSUANT TO FEDERAL RULE OF EVIDENCE 201(E) in the above-captioned case, a copy of which has been served upon you.

Dated: July 29. 2010

Respectfully submitted,

National Workers Compensation Reinsurance Pool

By:___/s/ William M. Hannay_____
   William M. Hannay
   Marci A. Eisenstein
   Charles H.R. Peters
   SCHIFF HARDIN LLP
   233 S. Wacker Drive
   Chicago IL 60606

## **CERTIFICATE OF SERVICE**

I, William M. Hannay, an attorney, hereby certify that I caused true and correct copies of the foregoing **Notice of Motion** for NWCRP's Motion for Reconsideration or Hearing Pursuant to Federal Rule of Evidence 201(e) to be sent by the U.S. District Court CM/ECF e-filing system on this, the 29th day of July, 2010.

                                                         /s/ William M. Hannay