# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: **All Counsel of Record**
   **(See Attached Service List)**

PLEASE TAKE NOTICE that on **August 12**, at **8:30 a.m.**, the undersigned shall appear before the Honorable Sidney I. Schenkier or any judge sitting in his stead in the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Room 1700, Chicago, Illinois, 60604, and shall then and there present the attached *Liberty Mutual's Motion to Compel Answer to Second Interrogatory 18*, a copy of which is hereby served upon you.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this notice and the above-referenced motion by causing copies thereof to be sent by the U.S. District Court CM/ECF e-filing system on the 2nd day of August, 2010.

DATED:  August 2, 2010                                      Respectfully submitted,

                                                                                    s/ David Winters
                                                                                    One of the Attorneys for Liberty Mutual
                                                                                    Insurance Company, Liberty Mutual Fire
                                                                                    Insurance Company, Liberty Insurance
                                                                                    Corporation, The First Liberty Insurance
                                                                                    Corporation, Employers Insurance
                                                                                    Company of Wausau, Wausau Business
                                                                                    Insurance Company, Wausau General
                                                                                    Insurance Company, and Wausau
                                                                                    Underwriters Insurance Company

James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Amy B. Kelley (ARDC# 6243229)
Jason S. Dubner (ARDC# 6257055)
Mark A. Schwartz (ARDC# 6270580)
John David Winters (ARDC # 6278729)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, Illinois 60602
(312) 444-9660