IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | No. 07 C 2898 |
| v. | ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |
| ------------------------------------------------------------- | ) | |
| LIBERTY MUTUAL INSURANCE CO., *et al.*, | ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Counter-defendants. | ) ) | |
| | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 2026 |
| v. | ) ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court for status and motions. For the reasons stated on the

record, it is hereby ordered:

1.      **Sampling discovery: redraws of 17 contract files.**  By 02/02/11, AIG shall respond to the letter of Liberty and Class Plaintiffs dated 01/24/11 requesting a redraw of 17 contract files. AIG shall serve a copy of that response on Dr. Kadane.  The Court will seek the views of Dr. Kadane on the request.  The Court will further discuss the matter with the parties at the next status hearing.

2.      **Sampling discovery: Class Plaintiffs' and Liberty's motion to conduct limited additional sampling.**  This motion seeks additional sampling as to contracts showing no premium but losses.  By 02/11/11, AIG shall respond to the motion.  Prior to that time, the parties shall meet and confer with Dr. Kadane concerning this subject, including on the question of whether the review of those contracts to date shows a serious discrepancy between those contracts and other contracts, as set forth in Paragraph 26 of the Final Sampling Plan.

3.      **Renewed motion for limited relief from the protective order (doc. #323).**  For the reasons stated on the record, the motion is denied.

**Next Hearing Date.**  The matter is set for a hearing with the magistrate judge (in conjunction with the district judge) in Courtroom 1703 on February 4, 2011, at 10:00 a.m.

ENTER:

SIDNEY I. SCHENKIER
United States Magistrate Judge

DATE: January 28, 2011